

auron-caelum :stark©™, Executor (EX)
Hekate Living Temple Trust
c/o 212 Fenn Street #86
Pittsfield, Stark Province, Republic of Massachusetts
Non-Domestic, Non-commercial, /Non Resident- withought the US

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

JUL 1 PM 2:19

| | |
|---|---|
| **AURON CAELUM STARK©™**<br>**by and through auron-caelum: stark©™,**<br>**living man, Executor and Beneficial Heir** ) <br> ) <br> ) | **DOCKET NO.**<br>**3:26-CV-30040-MGM** |
| **Plaintiff** ) | **NOTICE OF APPOINTMENT** |
| V. ) | |
| **MOVEMENT MORTGAGE, LLC;** ) | |
| **SERVICEMAC, LLC;** ) | |
| **MARINOSCI LAW GROUP, P.C.;** ) | |
| **MORTGAGE ELECTRONIC** ) | |
| **REGISTRATION SYSTEMS, INC. (MERS);** ) | |
| **SPECIALIZED LOAN SERVICING, LLC;** ) | |
| **GOLDMAN SACHS MORTGAGE COMPANY;** ) | |
| **PACIFIC COAST CAPITAL PARTNERS, LLC;** ) | |
| **and DOES 1-20,** ) | |
| **Defendants.** ) | |

## NOTICE OF DELEGATED APPOINTMENT AND DESIGNATION
## OF LEAD COUNSEL OF RECORD

**COMES NOW, AURON CAELUM STARK©™**, by and through his duly appointed authorized representative and Attorney-in-Fact, auron-caelum: stark©™, and hereby gives irrevocable notice to the United States District Court for the District of Massachusetts, and all parties to this action, of the following:

### I. DELEGATION OF AUTHORITY

I, **AURON CAELUM STARK©™**, as the living Executor and Beneficial Heir of the **AURON CAELUM STARK ESTATE©™**, hereby delegate all authority to act, speak, and make legal decisions on behalf of the ESTATE in this and all related proceedings to my duly appointed Attorney-in-Fact, auron-caelum: stark©™.



1 of 4

auron-caelum :stark©™, Executor (EX)
Hekate Living Temple Trust
c/o 212 Fenn Street #86
Pittsfield, Stark Province, Republic of Massachusetts
Non-Domestic, Non-commercial, /Non Resident- withought the US

## II. DESIGNATION OF LEAD COUNSEL OF RECORD

Effective immediately, auron-caelum: stark©™, is hereby designated as the sole and exclusive Lead Counsel of Record for the AURON CAELUM STARK ESTATE©™©™ d/b/a AURON CAELUM STARK©™, in this action and all matters related thereto.

## III. SCOPE OF AUTHORITY

As Lead Counsel of Record, auron-caelum: stark©™ is the sole individual authorized to:
-Accept service of process on behalf of the ESTATE.
-File all pleadings, motions, and responses with the Court.
-Communicate and negotiate with all opposing counsel and parties.
-Appear at all hearings, conferences, and trial proceedings on behalf of the ESTATE.
-Make all strategic and procedural decisions regarding the validity, authority, and jurisdiction of this action.

## IV. NOTICE TO ALL PARTIES AND COUNSEL

All parties and their counsel are hereby placed on notice that no other attorney shall be recognized by the ESTATE as having the authority to appear or act on its behalf. Any attempts by any other attorney to file pleadings, communicate with the court, or otherwise represent the interests of the AURON CAELUM STARK ESTATE©™ will be considered an unauthorized practice of law and a fraud upon the court.

All future communications, including service of process, must be directed exclusively to Lead Counsel of Record at the following address:

**auron-caelum: stark©™**
**Lead Counsel of Record for AURON CAELUM STARK ESTATE©™**
**c/o Hekate Living Temple Trust™**
**212 Fenn Street, Suite #86**
**City of Pittsfield, Republic of Massachusetts [01201-5231]**
**U.S.M.O.I. Non-Domestic without the United States**

2 of 4

auron-caelum :stark©™, Executor (EX)
Hekate Living Temple Trust
c/o 212 Fenn Street #86
Pittsfield, Stark Province, Republic of Massachusetts
Non-Domestic, Non-commercial, /Non Resident- withought the US

## V. CONSEQUENCES FOR UNAUTHORIZED REPRESENTATION

Any attorney or party who disregards this notice and attempts to represent or communicate on behalf of the ESTATE without the express written consent of Lead Counsel of Record will be subject to sanctions, including but not limited to:

A Motion to Strike their appearance from the record.

A claim for damages for interfering with the administration of a trust.

A report to the state bar association for unethical conduct.

A finding of contempt of this Court's order regarding representation.

## VI. SOVEREIGN AND ECCLESIASTICAL STATUS

Lead Counsel of Record, auron-caelum: stark©™, acts in this capacity not as a member of the state bar, but under the sovereign authority of his ecclesiastical standing and as the appointed representative of the AURON CAELUM STARK ESTATE©™. As such, he is not subject to the procedural rules or jurisdiction of this court, except as he voluntarily and conditionally waives such immunity for the sole purpose of enforcing the interests of the ESTATE.

IN WITNESS WHEREOF, this NOTICE OF REMOVAL is issued under the hand and seal of this Court of Record, executed across all timelines and dimensional frequencies, witnessed in the Akashic Records, and sealed with the authority of Natural Law and Divine Order.

## DECLARATION UNDER PENALTY OF DIVINE AND NATURAL LAW

I, auron-caelum: stark©™, do solemnly declare under penalty of the laws of Natural Law and Divine Order that:

◇ This Notice of Appointment is issued by my sovereign authority as Executor of the AURON CAELUM STARK ESTATE©™.
◇ All corporate fictions listed are artificial entities created without my informed consent.

3 of 4

auron-caelum :stark©™, Executor (EX)
Hekate Living Temple Trust
c/o 212 Fenn Street #86
Pittsfield, Stark Province, Republic of Massachusetts
Non-Domestic, Non-commercial, /Non Resident- withought the US

◇ I am the beneficial owner and primary creditor of all property associated with the dissolved corporate fictions.

◇ This Notice is executed of my own free will without duress, coercion, or fraud.

Executed this 30th day of June, in the year of our Lord two thousand and twenty-six.

All rights reserved without prejudice. UCC 1-308 / UCC 1-103 / Non-Assumpsit

Respectfully submitted and COMMANDED:

by: auron-caelum stark

auron-caelum: stark©™
Executor and Sole Beneficiary
AURON CAELUM STARK ESTATE©™
Lead Counsel of Record

## NOTARIAL JURAT – WITHOUT PREJUDICE

Notary used without prejudice to my rights, without waiver or alteration of my private status, and without modification of my capacity as Living Man, Beneficial Heir, Holder In Due Course, and Executor and without conferring or consenting to any foreign jurisdiction. The notary's role herein is solely as a witness to the autograph, and does not alter the perfected private and ecclesiastical nature of this instrument.

BE IT REMEMBERED, that on this ___1st___ day of ~~June~~ _July_, in the year of our Lord two thousand and twenty-six, personally appeared before me, the undersigned, a Notary, the Living Man known to me as auron-caelum: stark©™, to be the one whose autograph is subscribed to the within instrument, who, after being duly sworn by me on his unlimited liability as a living soul, did depose and say that the statements within the foregoing instrument are true and correct to the best of his knowledge and belief.

He thereupon subscribed his autograph to the within instrument in my presence.

Given under my hand and seal of office, the day and year aforesaid.

_____
Notary Public

Sitting in, and for, The State of Massachusetts

Claudia M. Paredes
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
10/26/2029

My Commission Expires: _____



4 of 4

scribed & affirmed by: aaron allen stout